IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN UNITED LIFE INS. CO., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:09-cv-907-TFM |
| | )    [wo] |
| BETTY J. BELL and ELLA B. BELL, | ) |
| | ) |
|    Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, it is the

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice**

and judgment is entered in favor of Betty Bell for Fifty-Five percent (55%) of the remaining

Principal and in favor of Ella Bell for Forty-Five percent (45%) of the remaining Principal.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

  DONE this 9th day of August, 2010.

                        /s/ Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES MAGISTRATE JUDGE